RECEIVED
SEP 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number: 2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant | | |

### CERTIFICATE OF REMOVAL

The undersigned, as attorneys for Defendant State Farm Fire and Casualty Company, hereby certify that, as required by 28 U.S.C. §1446(a), they gave notice to all adverse parties of the removal of this action from the Circuit Court of Elmore County, Alabama, to this Court, by mailing a copy of the Notice of Removal to said parties, and further certifies that they have caused a copy of the Notice of Removal to be delivered to the Clerk of the Circuit Court of Elmore County, Alabama, where the action was originally pending.

This ___8th___ day of September, 2006.

JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant State Farm Fire
and Casualty Company

SCANNED
9/12/06

OF COUNSEL:
HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652
phone:    (251) 432-5521
fax:    (251) 432-0633
email:    jbn@helmsinglaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all parties to this cause, or their attorney of record, by placing same in the United States Mail, postage prepaid, and addressed to their regular mailing addresses, or by hand delivery, as follows:

F. Tucker Burge
Burge & Burge
2001 Park Place North, Suite 850
Birmingham, Alabama 35203

this 8th day of September, 2006.

OF COUNSEL

Doc. 117869