IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARTIN O. LONG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO. 2:06CV816-MHT** |
| ) | |
| **STATE FARM FIRE AND CASUALTY** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR EXTENSION OF TIME TO FILE RULE 26(F) ORDER

Comes now the Plaintiff in the above-styled cause and moves this Honorable Court to enter an order extending the time period for the parties to confer, develop a proposed discovery plan and file their Rule 26(f) report containing said plan for a period of ten days. In support of this motion, the Plaintiff submits the following:

1. Plaintiff's counsel has been out-of-state attending depositions since September 15, 2006. He is not scheduled to return to his office until Monday, October 2, 2006.

2. Counsel for both parties have tentatively scheduled a meeting in this case on Monday, October 2, 2006, at 2:30 p.m. Defendant's counsel, James Newman, has a case scheduled for trial the morning of the 2nd. Defense counsel does not know when his case will be assigned for trial that week. If defense counsel's case is assigned to a judge Monday morning, the parties have scheduled an alternative date of Thursday, October 5, 2006, at 10:00 a.m. to conduct the planning meeting.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Honorable Court to enter an order extending the time period for the parties to file the Rule 26(f) report in this case for a period of ten days, with said report due on or before Monday, 9, 2006.

Respectfully submitted,

s/F. Tucker Burge
F. TUCKER BURGE
BURGE & BURGE
2001 Park Place #850
Birmingham, AL   35203
(205)251-9000
(205)323-0512 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of September, 2006, electronically filed Plaintiff's Motion for Extension of Time to File Rule 26(f) Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to James B. Newman, Esq., Helmsing, Leach, Herlong, Newman & Rouse, Post Office Box 2767, Mobile, AL 36652.

s/ F. TUCKER BURGE
OF COUNSEL

2