IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MARTIN O. LONG,                     )
                                    )
        Plaintiff,                  )
                                    )        CIVIL ACTION NO.
        v.                          )          2:06cv816-MHT
                                    )
STATE FARM FIRE & CASUALTY          )
COMPANY, a corporation,             )
                                    )
        Defendant.                  )

                           ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 5) is

    granted.

(2) The parties are allowed until October 10, 2006,

    to file their Rule 26(f) report.

DONE, this the 28th day of September, 2006.


                        /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE