IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## INITIAL DISCLOSURES OF STATE FARM FIRE AND CASUALTY COMPANY

In accordance with Fed. R. Civ. P. 26(a)(1), Defendant State Farm Fire and Casualty Company ("State Farm") hereby makes the following initial disclosures:

A.     The below-described individuals are likely to have discoverable information that State Farm may use to support its defenses:

1.     Martin Long (Plaintiff)

2.     Todd Smith (Claims Representative)

3.     Tony Nix (Claim Team Manager - Special Investigations Unit)

4.     David Thomas (Claim Section Manager)

5.     Cathy Sims (Auto Underwriting Team Manager)

6.     Bob Grumblatt (Claim consultant)

7.     Earl Hyser (State Farm vehicle research facility)

8.     Jeff Crow
       David Fisher
       Jon Hatch
       Lloyd Renfrow

Logan Smith
Nancy Stevens
Bret Suiter

The individuals described in numbers 2-8 above can be reached through State Farm's counsel.

9.    Ram Naidu (Employee of the Country Hearth Inn at time of alleged theft and possible witness to circumstances surrounding alleged theft); Anna Jacobo (Manager of the Country Hearth Inn at time of alleged theft and possible witness to circumstances surrounding alleged theft):

Country Hearth Inn
5400 Fairington Road
Lithonia, GA 36054
334-290-0344

10.    Evelyn Long (Plaintiff's spouse):
1705 Deatsville Hwy
Millbrook, AL 36054
334-290-0344

11.    Valerie Ware-Temple (Possible witness to circumstances surrounding alleged theft):

6936 Winton Blount Blvd.
Montgomery, AL 36117
334-260-2288

12.    Donald Ware (Possible witness to circumstances surrounding alleged theft):

2850 Norfair Loop
Lithonia, GA
678-887-1851

13.    Ricky Ware (Possible witness to circumstances surrounding alleged theft):

> 10840 Rhodes Ln.
> Montgomery, AL 36117
> 334-451-0045

14.    Mike Bresnock (Performed independent test on insured vehicle):

> Transportation Technology, Inc.
> 1184 Wind Hill Lane
> Marietta, GA 30064
> 770-426-6173

15.    Dekalb County Sheriff's Department, GA (Investigated alleged theft):

> Address unknown

16.    Dekalb County Police Department, GA (Investigated alleged theft):

> Address unknown

B.    The below-described documents, data compilations, and tangible things that are in State Farm's possession, custody, or control may be used by State Farm to support its defenses:

1.    All documents contained in State Farm's claims file for Long's claim made under his automotive policy, with the exception of any attorney/client and work product privileged documents.

2.     All documents contained in State Farm's claims file for Long's claim made under his homeowner's policy, with the exception of any attorney/client and work product privileged documents.

The documents described in numbers 1-2 above are in the possession of State Farm's counsel.

C.     State Farm has made no claim for damages in this action.

D.     Excepting the automobile policy involved in this suit, State Farm has no insurance agreement covering its possible liability in this action.

E.     A privilege log is beging provided to counsel for Plaintiff.

                                                   _____s/ James B. Newman_____
                                                   JAMES B. NEWMAN (NEWMJ8049)
                                                   Attorney for Defendant State Farm Fire
                                                   and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
        NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA   36652
(251) 432-5521
Facsimile:   (251) 432-0633
Email:   jbn@helmsinglaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      F. Tucker Burge
      Burge & Burge
      2001 Park Place North, Suite 850
      Birmingham, Alabama   35203

done this 31st day of October, 2006.

                            s/James B. Newman
                          OF COUNSEL

Doc 120237