IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for State Farm Fire and Casualty Company in the above captioned action certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.  State Farm Fire and Casualty Company is an Illinois corporation which is wholly owned by State Farm Mutual Automobile Company.

                                                   s/ James B. Newman
                                                   JAMES B. NEWMAN (NEWMJ8049)
                                                   Attorney for Defendant State Farm Fire
                                                   and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
     NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA  36652
(251) 432-5521
Facsimile:  (251) 432-0633
Email:  jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     F. Tucker Burge
     Burge & Burge
     2001 Park Place North, Suite 850
     Birmingham, Alabama   35203

this 3rd day of January, 2007.

                                                s/James B. Newman
                                                OF COUNSEL