IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 2:06CV816-MHT |
| | ) | |
| STATE FARM FIRE & CASUALTY | ) | |
| COMPANY, a corporation, | ) | |
| | ) | |
| Defendant. | | |

## PARTIES' CONFERENCE REPORT

The parties were ordered on February 14, 2007, to conduct a good faith conference concerning their discovery dispute. By this report, the parties confirm that such a conference was held at defense counsel's office in Mobile, Alabama, on Friday, March 2, 2007. Pursuant to that meeting, the Defendant has agreed to supplement its discovery responses concerning alleged misrepresentations and affirmative defenses.

Respectfully submitted,

s/F. TUCKER BURGE
F. TUCKER BURGE
BURGE & BURGE
850 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
(205)251-9000
Facsimile:  (205)323-0512
e-mail:  tucker@burge-law.com
Alabama Bar No. ASB-3705-E36F

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 6th day of March, 2008, electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to James B. Newman, Esq., Helmsing, Leach, Herlong, Newman & Rouse, Post Office Box 2767, Mobile, AL 36652.

                            s/ F. TUCKER BURGE
                                  OF COUNSEL