IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## NOTICE OF FILING

Defendant State Farm Fire and Casualty Company notices the filing of the following in support of its Motion for Summary Judgment and Brief in support:

1. Exhibit A: Excerpts from State Farm Bates-labeled claim files, including statements taken during investigation.

2. Exhibit B: Curriculum Vitae of Michael Bresnock, vehicle investigator.

3. Exhibit C: Report of Michael Bresnock, vehicle investigator.

4. Exhibit D: Certified copy of insurance policy.

5. Exhibit E: Portion of Plaintiff's Answers to State Farm's Interrogatories.

Respectfully submitted,

**/s/ James B. Newman**
JAMES B. NEWMAN (NEWMJ8049)
D. ANDREW STIVENDER (STIVD 4909)
Attorneys for Defendant State Farm Fire
and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA  36652
(251) 432-5521
Facsimile:  (251) 432-0633
Email:  jbn@helmsinglaw.com
      das@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> F. Tucker Burge
> Burge & Burge
> 2001 Park Place North, Suite 850
> Birmingham, Alabama  35203

this 16th day of March, 2007.

                                            **/s/James B. Newman**
                                            OF COUNSEL

# 132046