IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

**DEFENDANT STATE FARM'S MOTION FOR A SUMMARY JUDGMENT**

Pursuant to Rule 56, Fed. R. Civ. P., Defendant State Farm Fire and Casualty Company ("State Farm") moves this Honorable Court for a summary judgment with respect to all of Plaintiff's claims. As grounds for this motion, State Farm shows that there is no genuine issue of material fact with respect to those claims and that State Farm is therefore entitled to a judgment as a matter of law. As further grounds in support of this motion, State Farm incorporates by reference its Brief in Support of its Motion for a Summary Judgment, its Notice of Filing, and the declarations and materials submitted therewith.

Respectfully submitted,

**s/ James B. Newman**
JAMES B. NEWMAN (NEWMJ8049)
D. ANDREW STIVENDER (STIVD 4909)
Attorneys for Defendant State Farm Fire
and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652
(251) 432-5521
Facsimile: (251) 432-0633
Email: jbn@helmsinglaw.com
      das@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    F. Tucker Burge
    Burge & Burge
    2001 Park Place North, Suite 850
    Birmingham, Alabama 35203

this 16th day of March, 2007.

                        **s/James B. Newman**
                        OF COUNSEL

#131046