IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MARTIN O. LONG,                )
                               )
        Plaintiff,             )
                               )    CIVIL ACTION NO.
        v.                     )    2:06cv816-MHT
                               )
STATE FARM FIRE & CASUALTY     )
COMPANY, a corporation,        )
                               )
        Defendant.             )

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 16) is set for submission, without oral argument, on April 9, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 21st day of March, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE