IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:06cv816-MHT |
| | ) | |
| STATE FARM FIRE & CASUALTY | ) | |
| COMPANY, a corporation, | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 19) is granted.

(2) The motion for summary judgment (Doc. No. 16) is reset for submission, without oral argument, on May 31, 2007, with any supporting brief and evidentiary materials due by May 15, 2007, and any opposing brief and evidentiary materials due by May 31, 2007.

(3) There will be no further extensions.

DONE, this the 3rd day of April, 2007.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE