IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MARTIN O. LONG,                )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )         2:06cv816-MHT
                               )
STATE FARM FIRE & CASUALTY     )
COMPANY, a corporation,        )
                               )
     Defendant.                )

ORDER

It is ORDERED that the motion for extension of time
(Doc. No. 23) is denied.  The deadlines at issue, as set
forth in the uniform scheduling order (Doc. No. 8), were
not only accepted by the parties, they were essentially
suggested by the parties in their Rule 26(f) report (Doc.
No. 7).

DONE, this the 7th day of May, 2007.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE