IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN O. LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv816-MHT |
| | ) |
| STATE FARM FIRE & CAS. COM., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's motion to compel (doc. # 28), it is

ORDERED that on or before June 14, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 31st day of May, 2007.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE