IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN O. LONG, | ) |
|    Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:06cv816-MHT |
| STATE FARM FIRE & CAS. COM., | ) ) ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court are the following motions: (1) the May 30, 2007, motion to compel (doc. # 28) filed by the defendant; (2) May 31, 2007, motion to compel (doc. # 31) filed by the defendant; May 31, 2007, motion to compel (doc. # 32) filed by the defendant; and the May 31, 2007, motion for a protective order (doc. # 30) filed by the plaintiff. Upon consideration of the motions and for good cause, it is

ORDERED that on or before **noon on June 15, 2007**, the opposing parties shall show cause why the motions should not be granted. It is further

ORDERED that the motions be and are hereby set for oral argument on June 18, 2007, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 4th day of June, 2007.

                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE