IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number: 2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## STATE FARM'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT, ROBERT SHARP, AND TO STRIKE SHARP'S AFFIDAVIT

COMES NOW, State Farm Fire and Casualty Company ("State Farm"), defendant in the above-styled matter, and moves this Honorable Court for an order (1) excluding Robert Sharp as an expert witness and preventing him from testifying in any way in this case; (2) striking Sharp's affidavit, relied upon by Plaintiff in opposition to State Farm's motion for a summary judgment, from the record. State Farm also moves the Court to strike and refuse to consider Sharp's opinions, testimony or affidavit in ruling on State Farm's motion for a summary judgment. As grounds in support of this motion, State Farm adopts and incorporates its memorandum filed herewith.

Respectfully submitted,

s/ James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
D. ANDREW STIVENDER (STIVD4909)
Attorneys for Defendant State Farm Fire
and Casualty Company

1

OF COUNSEL:
HELMSING, LEACH, HERLONG,
　　　NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA  36652
(251) 432-5521
Facsimile:  (251) 432-0633
Email:  jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>   F. Tucker Burge
>   Burge & Burge
>   2001 Park Place North, Suite 850
>   Birmingham, Alabama  35203

this 4th day of June, 2007.

　　　　　　　　　　　　　　　　　　　s/James B. Newman
　　　　　　　　　　　　　　　　　　　OF COUNSEL