IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARTIN O. LONG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 2:06CV816-MHT |
| | ) |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

    Counsel for the parties met and conducted a settlement conference in a good faith effort to bring this case to a conclusion. The parties were unable to resolve the case and have agreed that mediation would further the settlement process. Therefore, a mediation has been scheduled on June 14, 2007, at 10:00 a.m. before Charles Denaburg, Esq., Najjar Denaburg, P.C., 2125 Morris Avenue, Birmingham, Alabama 35203.

    Respectfully submitted,

s/F. Tucker Burge
F. TUCKER BURGE
BURGE & BURGE
2001 Park Place #850
Birmingham, AL 35203
(205)251-9000
(205)323-0512 (Facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 6th day of June, 2007, electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to James B. Newman, Esq., Helmsing, Leach, Herlong, Newman & Rouse, Post Office Box 2767, Mobile, AL 36652.


                              s/ F. TUCKER BURGE
                                     OF COUNSEL