IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## STATE FARM'S MOTION TO FILE A BRIEF REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT

COMES NOW, State Farm Fire and Casualty Company, defendant in the above-styled matter, and respectfully requests leave to file a brief reply to Plaintiff Martin Long's opposition to State Farm's motion for a summary judgment. State Farm wishes to briefly respond to Plaintiff's arguments, including his downplaying of misrepresentations regarding the personal property allegedly stolen, and the 11th Circuit case he cites as precedent. State Farm respectfully submits that consideration of its short reply will be helpful to a resolution of its motion for a summary judgment. The reply is being provisionally submitted herewith.

Respectfully submitted,

s/ D. Andrew Stivender
JAMES B. NEWMAN (NEWMJ8049)
D. ANDREW STIVENDER (STIVD4909)
Attorneys for Defendant State Farm Fire
and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA  36652
(251) 432-5521
Facsimile:  (251) 432-0633
Email:  jbn@helmsinglaw.com
         das@helmsinglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     F. Tucker Burge
     Burge & Burge
     2001 Park Place North, Suite 850
     Birmingham, Alabama  35203

this 6th day of June, 2007.

                                                    s/D. Andrew Stivender
                                                    OF COUNSEL