IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARTIN O. LONG,       )<br>                      )<br>   Plaintiff,       )<br>                      )<br>v.                    )<br>                      )<br>STATE FARM FIRE & CASUALTY )<br>COMPANY, a corporation, )<br>                      )<br>   Defendant.        ) | CIVIL ACTION NO.<br>2:06cv816-MHT |

ORDER

It is ORDERED as follows:

(1) Defendant's motion to file a reply (Doc. No. 42) is granted.

(2) Plaintiff is allowed 14 days from the date of this order to respond if he so desires.

DONE, this the 7th day of June, 2007.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE