IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN O. LONG, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   CASE NO. 2:06CV816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
|     Defendant. | ) |

**PLAINTIFF'S EXHIBIT LIST**

Comes now the Plaintiff in the above-styled cause and pursuant to the Court's Uniform Scheduling Order submits the following list of exhibits which may used at trial:

1. Declarations Page for State Farm Fire & Casualty Company Automobile Policy No. 88 6750-B04-01

2. State Farm Car Policy

3. City Auto Sales records pertaining to Martin Long's purchase of the 2000 Chevrolet Corvette

4. Certificate of Title for the 2000 Chevrolet Corvette

5. Alabama Department of Revenue Motor Vehicle Registration Tag and Tax Receipt for the 2000 Chevrolet Corvette

6. Big 10 Tires and Automotive Center receipts

7. Photographs of hotel and hotel parking lot

8. Tape measure used in photographs

9. Records of Dekalb County Police Department Auto Theft Unit including Incident Report

10. Millbrook Police Department Report for Case No. 050200534

11. Affidavit of Vehicle Theft relating to Claim No. 01-6596-564

12. Auto Source Evaluation for Claim No. 01-6596-564

13. Auto/Fire Claim referral to SIU dated February 24, 2005

14. Property Loss Preliminary Report for Claim No. 01-6596-564 dated March 4, 2005

15. Auto Claim Committee Report for Claim No. 01-6596-564 dated June 22, 2005

16. Tony Nix letter concerning Claim No. 01-6596-564 dated June 29, 2005

17. Letter to Todd Smith concerning Claim No. 01-6596-564 dated June 29, 2005

18. Closing/Disposition Report for Claim Nos. 01-6596-564 and 01-Q177-057 dated August 23, 2005

19. State Farm Auto Claim Manual

20. State Farm Operations Guides

21. State Farm Mission Statement

22. State Farm Good Neighbor Service

23. Tony Nix e-mails (both from and to) dated February 22, 2005

24. SIU Assignment Sheet

25. Auto Claims Service Record for Claim No. 01-6596-564

26. Letter from Todd Smith to Martin Long concerning Claim No. 01-6596-564 dated February 25, 2005

27. Transcript of statement of Ram Naidu regarding Claim No. 01-6596-564

28. State Farm article entitled "Auto Theft Has New Faces, But Old Crime Still Big Trouble"

29. Letter from Todd Smith to Valarie Ware Temple regarding Claim No. 01-6596-564 dated April 18, 2005

30. Letter from Beers, Anderson, Jackson, Patty & Van Heest, P.C., to Martin Long dated March 23, 2005

31. CreditXpert Score Analysis Credit for Martin O'Neal Long

32. Premier Credit Report for Martin O'Neal Long dated March 29, 2005

33. Settlement and Final Release of All Claims between CSX Transportation, Inc. and Martin Long dated February 3, 2005

34. Settlement Statement concerning Martin O. Long v. CSX Transportation, Inc. dated February 3, 2005

35. Max Credit Union Deposit Ticket dated February 4, 2005

36. Copy of check to Martin Long dated February 4, 2005

37. Settlement Agreement between Martin Long and Evelyn Long received by State Farm SIU on April 7, 2005

38. Letter to Martin Long to Department of Veterans Affairs dated December 29, 2004

39. Transportation Technology Reports concerning Claim No. 01-6596-564 pertaining to inspections performed on March 8, 2005 and June 21, 2005 (and any addendums thereto)

40. Photographs taken of the Corvette after it was recovered

41. Top Cat towing receipt

42. Frequency tracking search response dated March 14, 2005

43. Todd Smith letter pertaining to Claim No. 01-6596-564 dated June 28, 2005

44. Auto Claim Service Record for Claim No. 01-6596-758

45. Vehicle Damage Report for Claim No. 01-6596-758

46. Photographs of Plaintiff's Mustang taken February 21, 2005

47. Alabama Uniform Incident/Offense Report for Case No. 050200300

48. Property Loss Preliminary Report for Claim No. 01-6596-758 dated March 4, 2005

49. Created Payment Form for Claim No. 01-6596-758

50. State Farm article entitled "What Affects the Price of Auto Insurance"

51. Recorded statement receipt for Claim No. 01-6596-564 pertaining to a statement taken from Evelyn Long on March 23, 2005

52. Declarations page for Policy No. 01-CW-7517-0

53. Renewal Certificate for Policy No. 01-CW-7517-0

54. Application for Manufactured Home Policy No. 01-CW-7517-0

55. State Farm Manufactured Home Policy

56. PDQ printouts for Policy No. 01-CW-7517-0 (SF-H035 - 048)

57. Auto/Fire Claim Referral to SIU of Claim No. 01-Q177-057

58. Fire Claim Service Record for Claim No. 01-Q177-057

59. Property Loss Preliminary Report for Claim No. 01-Q177-057 dated March 4,

2005

60. Property Loss Preliminary Report for Claim No. 01-Q177-057 dated March 11, 2005

61. Personal Property Inventory Form for Claim No. 01-Q177-057

62. Quick Pawn Shop Receipts

63. Adjustor notes (SF1-00403 - 411 and SF2-00090)

64. ISO Claim Search for Claim No. 01-Q177-057

65. Tony Nix letter to Martin Long dated March 14, 2005

66. Tony Nix letter concerning Claim No. 01-Q177-057 dated June 29, 2005

67. State Farm e-mails concerning hail damage claim (SF-H-054 - 055)

68. Bates stamp record index of State Farm Claim File for Claim No. 01-Q177-057

69. Tony Nix emails dated March 14, 2005, May 11, 2005, June 8, 2005, June 16, 2005, June 17, 2005, June 18, 2005, June 22, 2005, June 23, 2005, June 27, 2005, June 28, 2005, August 12, 2005, August 15, 2005

70. Letter from Tony Nix to Martin Long regarding Claim No. 01-6596-564 dated March 4, 2005

71. Tony Nix letter regarding Claim Nos. 01-6596-564 and 01-Q177-057 dated June 13, 2005

72. Lovell letters concerning Policy No. 01-CW7517-0 dated July 15, 2005

73. Recommendation for Claim Resolution of Claim No. 01-Q177-057 dated May 25, 2005

74. Any exhibits necessary for refreshing recollection, impeachment or rebuttal

        Respectfully submitted,

        s/F. Tucker Burge
        F. TUCKER BURGE
        BURGE & BURGE
        2001 Park Place #850
        Birmingham, AL   35203
        (205)251-9000
        (205)323-0512 (Facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this 11th day of June, 2007, electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to James B. Newman, Esq., Helmsing, Leach, Herlong, Newman & Rouse, Post Office Box 2767, Mobile, AL 36652.

        s/ F. TUCKER BURGE
                OF COUNSEL