IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN O. LONG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO. 2:06CV816-MHT |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S WITNESS LIST**

Comes now the Plaintiff in the above-styled cause and pursuant to the Court's Uniform Scheduling Order submits the following list of witnesses which may be called at trial:

1. Martin O. Long, 2752 Caroline Drive, Millbrook, AL 36054

2. Evelyn Long, 1705 Deatsville Highway, Millport, AL 36054

3. Valarie Ware Temple, 6936 Winton-Blount Boulevard, Montgomery, AL 36117

4. Donald Ware, 2850 Norfoir Loop, Lithonia, GA 30038

5. Ricky Rhodes, 10840 Rhodes Lane, Montgomery, AL 36117

6. Sandy Ware, 925 Eastern Oaks, Montgomery, AL 36117

7. Felicia Flowers, 4132 Carmichael Road, Apartment 232, Montgomery, AL 36106

8. Todd Edward Smith, 607 Valley Run Drive, Bremen, GA 30110

9. Tony D. Nix, 1042 Eagles Brook Drive, Locust Grove, GA 30248

10. Salesman and/or Records Custodian of Big 10 Tires & Automobile Center, 1749 East Main Street, Prattville, AL 36066

11. Sales Representatives and/or Personnel at City Auto Sales of Hueytown, Allison Bonnet Memorial Drive, Hueytown, AL 35023

12. David Carrera, 3230 Sandtown Road, Millbrook, AL 36105

13. Representatives of U-Haul Equipment, 4374 Thermon Road, Forest Park, GA 30297

14. Representatives of VeraStar, Post Office Box 827, Forest Park, GA 30298

15. Matt Horner, c/o TopCat Towing, 1770 Rogers Lake Road, Lithonia, GA 30058

16. Mike Deavers, Mike Deavers Insurance Agency, Inc., 100 Deatsville Highway, Millbrook, AL 36054-1828

17. Lee Carmichael, c/o Mike Deavers Insurance Agency, Inc., 100 Deatsville Highway, Millbrook, AL 36054

18. Detective Fitzpatrick, Dekalb County Police Department, Auto Theft Unit, 3630 Camp Circle, Decatur, GA 30034

19. Michael Bresnock, c/o Transportation Technology, 1184 Wind Hill Lane, Marietta, GA 30064

20. Robert Sharp, Sharp & Associates, Atlanta, GA

21. Donal O'Shaugnessy, Post Office Box 19487, Birmingham, AL 35219

22. Any witness identified by Defendant

23. Any witness necessary for purposes of authenticating documents.

24. Any witness necessary for purposes of impeachment.

25. Any witness necessary for rebuttal.

Plaintiff may use the depositions of any witnesses who are not available to testify at trial. The Plaintiff intends to present deposition testimony from Todd Smith and Tony Nix. The Plaintiff may use any part of those two depositions.

        Respectfully submitted,

        s/F. Tucker Burge
        F. TUCKER BURGE
        BURGE & BURGE
        2001 Park Place #850
        Birmingham, AL   35203
        (205)251-9000
        (205)323-0512 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 12th day of June, 2007, electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to James B. Newman, Esq., Helmsing, Leach, Herlong, Newman & Rouse, Post Office Box 2767, Mobile, AL 36652.

        s/ F. TUCKER BURGE
                OF COUNSEL