IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:   2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## DEFENDANT'S  EXHIBIT  LIST

Pursuant to the Court's Uniform Scheduling Order, Defendant State Farm Fire and Casualty Company submits the following list of exhibits which will or may be used at trial:

1. Claim file.  SF1-1 to SF1-831 with redactions and deletions as reflected in documents produced.  This includes SF1-115 to SF1-121 produced in supplemental responses.

2. Claim File SF2-1 to SF2-119 with redactions and deletions as reflected in documents produced.  This includes SF2-19 to SF2-27 and SF2-29 to SF2-35 produced in supplemental responses.

3. Policy of insurance (automobile).

4. Policy of insurance (manufactured home).

5. Letter.  SF-H-051.

6. State Farm document SF1 0004-P.

7. State Farm document SF1 0034-P to SF1 0037-P.

8. State Farm document SF1 0039-P to SF1 0046-P.

9.     State Farm document SF1 0073-P to SF1 0080-P.


           s/ James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant State Farm Fire
and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA   36652
(251) 432-5521
Facsimile:  (251) 432-0633
Email:  jbn@helmsinglaw.com


## CERTIFICATE  OF  SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    F. Tucker Burge
    Burge & Burge
    2001 Park Place North, Suite 850
    Birmingham, Alabama   35203


this  12th day of June, 2007.


           s/James B. Newman
OF COUNSEL


Doc.   139751