IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:   2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## DEFENDANT'S  WITNESS  LIST

Pursuant to the Court's Uniform Scheduling Order, Defendant State Farm Fire and Casualty Company submits the following list of witnesses who will or may be called to testify at trial:

1. Tony Nix, State Farm, 5301 Snapfinger Park Drive, P.O. Box 370568, Decatur, GA  30037

2. Todd Smith, State Farm, 5301 Snapfinger Park Drive, P.O. Box 370568, Decatur, GA  30037

3. David Thomas, State Farm Insurance Companies, Bloomington, IL 61710-1001.

4. Bill Cooper, State Farm, 1100 Emory Folmar Boulevard, Montgomery, AL  36121-0159.

5. Mike Devers, P.O. Box 1399, Millbrook, AL  36054.

6. Bill Lovell, 100 State Farm Parkway, P.O. Box 2661, Birmingham, AL 35297-0001.

7. Pearlie Harris, 100 State Farm Parkway, P.O. Box 2661, Birmingham, AL 35297-0001.

8. Kelly Phillips, 100 State Farm Parkway, P.O. Box 2661, Birmingham, AL 35297-0001.

9. Leigh Carmichael, P.O. Box 1399, Millbrook, AL 36054

10. Ram Naidu, address presently unknown, will supplement.

11. Martin Long, 2752 Caroline Drive, Millbrook, AL 36054.

12. Felicia Flowers, 4132 Carmichael Road, Apartment 232, Montgomery, AL 36106.

13. Valerie Ware-Temple, 6936 Winton-Blount Boulevard, Montgomery, AL 36117.

14. Ricky Ware, 10840 Rhodes Lane, Montgomery, AL 36117.

15. Sandy Ware, 925 Eastern Oaks, Montgomery, AL 36117

16. Bailey Chaney, address presently unknown, will supplement.

17. Evelyn Long, 1705 Deatsville Highway, Millport, AL 36054.

18. Custodian Records, c/o Max Federal Credit Union, Montgomery, AL.

19. Custodian Records, c/o VA Hospital, Montgomery, AL.

20. Dr. Chille, c/o VA Hospital, Montgomery, AL.

21. Dr. Tobino, c/o VA Hospital, Montgomery, AL.

22. Any witness (except Robert Sharp and Donal O'Shaughnessy) identified by Plaintiff.

                                      s/ James B. Newman
                                      JAMES B. NEWMAN (NEWMJ8049)
                                      Attorney for Defendant State Farm Fire
                                      and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA   36652
(251) 432-5521
Facsimile:  (251) 432-0633
Email:   jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        F. Tucker Burge
        Burge & Burge
        2001 Park Place North, Suite 850
        Birmingham, Alabama   35203


this  12th day of June, 2007.

                                      s/James B. Newman
                                      OF COUNSEL

Doc.   139752