IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## NOTICE OF USE OF DEPOSITION TESTIMONY

State Farm Fire and Casualty Company ("State Farm") may or will use the deposition of Plaintiff Martin Long at trial.  The portions to be used are being provided to counsel for Plaintiff.  In addition, State Farm reserves the right to use the entire deposition of Valerie Ware, Ricky Ware, Sandy Ware and Felicia Flowers if any of them are unavailable or fail to respond to subpoenas.

    s/ James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for Defendant State Farm Fire
and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA   36652
(251) 432-5521
Facsimile:  (251) 432-0633
Email:  jbn@helmsinglaw.com

CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     F. Tucker Burge
     Burge & Burge
     2001 Park Place North, Suite 850
     Birmingham, Alabama   35203


this 12th day of June, 2007.

                                                      s/James B. Newman
                                                      OF COUNSEL