IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

### DEFENDANT'S AMENDED WITNESS LIST

Defendant State Farm Fire and Casualty Company amends its witness list to include the following additional witness to its list who will or may be called to testify at trial:

23. Michael Bresnock, c/o Transportation Technology, 1184 Wind Hill Lane, Marietta, GA  30064.

                                                  s/ James B. Newman
                                      JAMES B. NEWMAN (NEWMJ8049)
                                      Attorney for Defendant State Farm Fire
                                      and Casualty Company

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA  36652
(251) 432-5521
Facsimile:  (251) 432-0633

Email:  jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     F. Tucker Burge
     Burge & Burge
     2001 Park Place North, Suite 850
     Birmingham, Alabama   35203

this  13th day of June, 2007.

                                        s/James B. Newman
                                        OF COUNSEL

Doc.   139804