IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN O. LONG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv816-MHT |
| ) | |
| STATE FARM FIRE & CASUALTY CO., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Now pending before the court are the following motions: (1) the May 30, 2007, motion to compel (doc. # 28) filed by the defendant; (2) May 31, 2007, motion to compel (doc. # 31) filed by the defendant; May 31, 2007, motion to compel (doc. # 32) filed by the defendant; and the May 31, 2007, motion for a protective order (doc. # 30) filed by the plaintiff. Oral argument on the motions is presently set for June 18, 2007 at 10:00 a.m. On June 14, 2007, the parties notified the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that the oral argument set for June 18, 2007, be and is hereby CANCELED and that the motions to compel (docs. # 28, 31, & 32) and the motion for a protective order (doc. # 30) be and are hereby DENIED as moot.

DONE this the 14th day of June, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE