IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN O. LONG, | * | |
| Plaintiff, | * | |
| vs. | * | Case Number:  2:06cv816-MHT |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL

Now come all parties, by and through their attorneys of record, and stipulate the dismissal, with prejudice, of the above-styled case.  Each party to bear its own costs.

Jointly stipulated by the parties through undersigned counsel:

_/s/ Tucker Burge_
TUCKER BURGE
Attorney for Plaintiff Martin Long

OF COUNSEL:

BURGE & BURGE
2001 Park Place North, Suite 850
Birmingham, Alabama   35203
205-251-9000
Facsimile:   205-323-0512

_/s/ James B. Newman_
JAMES B. NEWMAN
Attorney for Defendant State Farm Fire and Casualty Company

OF COUNSEL:

1

HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652
(251) 432-5521
Facsimile: (251) 432-0633